■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HEATHE POWELL, Appellant. [709 NYS2d 404] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 13, 1996 (*People v Powell,* 224 AD2d 1041), affirming a sentence and two amended sentences of the County Court, Orange County, all imposed August 22, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. ROULHAC, Appellant. [708 NYS2d 881] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered January 15, 1999, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.